UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:08-CR-240-T-17TBM

JAMES ROBERTSON et al.
_____/

## ORDER

THIS CAUSE is before this Court on Defendant's, Corey Hulse, Motion to Sever (Doc. 103), Defendant's, James Robertson, Motion to Dismiss (Doc. 80), Motion to Suppress (Doc. 81), and Motion to Adopt Hulse's Motion to Sever (Doc. 109).

In regards to Defendant Hulse's Motion to Sever, this Court incorporates by reference the arguments presented at this morning's hearing and the three (3) cases cited by the Government. *See i.e., Zafiro v. U.S.*, 506 U.S. 534 (1993); *U.S. v. Chavez*, 584 F.3d 1354 (11th Cir.2009); and *United States v. Talley,* 108 F.3d 277 (11th Cir.1997). Defendant Hulse's Motion to Sever is **DENIED**.

In regards to Defendant Robertson's Motion to Dismiss, Motion to Suppress, and Motion Adopting Defendant Hulse's Motion to Sever, this Court incorporates by reference the arguments presented at this morning's hearing and the Government's written response (Doc. 102). Defendant Robertson's Motion to Dismiss, Motion to Suppress, and Motion Adopting Defendant' Hulse's Motion to Sever are **DENIED**.

In regards to the additional issues raised at this morning's hearing, some of those issues have been addressed through previous order of this Court (Docs. 120, 121). The outstanding and continuing issue of Defendant Hulse's wrist, which Defense Counsel Brown made an oral motion pursuant to at this morning's hearing, is **GRANTED** (Doc. 114). The Defendant is hereby ordered to receive therapy for his broken wrist.

The two additional issues have been discussed with the U.S. Marshall's Service this afternoon. Defendants' issues regarding lockdown and meals is to be rectified immediately. If the issue of meals and lockdown is not rectified, the parties are to notify this Court by motion.

1

Accordingly, it is:

**ORDERED** Defendant Hulse's Motion to Sever is **DENIED**. Defendant Robertson's Motion to Dismiss, Motion to Suppress, and Motion to Sever are **DENIED**. Defendant Hulse's Oral Motion to receive therapy on his broken wrist is **GRANTED**.

**DONE AND ORDERED** in Chambers at Tampa, Florida, this 27th day of September, 2011.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties, counsel of record, and the U.S. Marshall's Service MDFL Tampa Division